```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08890
   TRACEY L NEWELL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5222


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was not confirmed.

     The case was dismissed without confirmation 06/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------

CHASE MANHATTAN            UNSEC W/INTER  NOT FILED          .00            .00
CINGULAR WIRELESS          UNSEC W/INTER  NOT FILED          .00            .00
CITI CARDS                 UNSEC W/INTER  NOT FILED          .00            .00
CITIBANK                   UNSEC W/INTER  NOT FILED          .00            .00
CITIBANK                   UNSEC W/INTER  NOT FILED          .00            .00
COMCAST                    UNSEC W/INTER  NOT FILED          .00            .00
COMCAST                    UNSEC W/INTER  NOT FILED          .00            .00
CREDITORS INTERCHANGE      NOTICE ONLY    NOT FILED          .00            .00
GEMB/JCP                   UNSEC W/INTER  NOT FILED          .00            .00
HIDDEN CREEK APT           UNSEC W/INTER  NOT FILED          .00            .00
HSBC NV                    UNSEC W/INTER  NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1414.07          .00            .00
KOPKO GENETOS & RETSON L   UNSEC W/INTER  NOT FILED          .00            .00
MONOGRAM BANK N AMERICA    UNSEC W/INTER  NOT FILED          .00            .00
NIPSCO                     UNSEC W/INTER     382.88          .00            .00
P SCOTT LOWERY PC          NOTICE ONLY    NOT FILED          .00            .00
TRUST REC SV               NOTICE ONLY    NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO   UNSEC W/INTER  NOT FILED          .00            .00
AT & T                     UNSEC W/INTER  NOT FILED          .00            .00
WFNNB/VCTRIA               UNSEC W/INTER  NOT FILED          .00            .00
XSPORT PERSONAL TRAINING   UNSEC W/INTER  NOT FILED          .00            .00
SMH FEDERAL CREDIT UNION   SECURED VEHIC    2571.00          .00            .00
LEGAL HELPERS PC           DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08890 TRACEY L NEWELL
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                   ---------------   ---------------
TOTALS                                         .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 09/25/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE